# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:14-cr-00024-AT-JFK
## USA v. Jernigan et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 12/16/2015.

TIME COURT COMMENCED: 10:36 A.M.
TIME COURT CONCLUDED: 11:21 A.M.     COURT REPORTER: Elise Evans
TIME IN COURT: 00:45                 DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [3]Marie St. Vil Present at proceedings |
| ATTORNEY(S) PRESENT: | Libby Davis representing USA<br>Whitman Dodge representing Marie St. Vil |
| PROCEEDING CATEGORY: | Motion Hearing(Other Evidentiary Hearing-Contested); |
| MOTIONS RULED ON: | DFT#3-[106]Motion for Bond GRANTED IN PART & DENIED IN PART |
| MINUTE TEXT: | The Court heard from the Probation Officer as well as counsel from both parties. Joint Exhibit 1 was admitted and shall be placed under seal. The Court denied Defendant's application for a bond pending sentencing in this case, but did order her released from custody for a period of two weeks to allow her to visit her terminally ill mother. The Court ordered that Defendant be immediately released from USM custody and report by close of business on Friday, December 18, 2015 to the Pretrial Services office in Orlando, FL. The Court imposed conditions on this release. Defendant was directed to voluntarily surrender by 3:30 PM on December 30, 2015, to the Probation Office on the 9th Floor of the Richard B. Russell Federal Building. |