IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  :  <br>  :  <br> Plaintiff,  :  <br>  :  <br> v.  :  <br>  :  <br> MARIE ST. VIL,  :  <br>  :  <br> Defendant.  :  <br>  : | CRIMINAL ACTION NO. <br> 1:14-cr-0024-AT-3 |

### **ORDER**

This matter is before the Court on Defendant Marie St. Vil's motion to revoke the Magistrate Judge's order of detention [Doc. 106]. The Court held hearings on this motion on December 7, 2015, and December 16, 2015. At the hearing on December 16, 2015, the Court denied Defendant's application for a bond pending the sentencing in this case, but authorized her bond and ordered her release from custody for a period of two weeks to allow her to visit her terminally ill mother in Orlando, Florida. Defendant is to be released from the custody of the U.S. Marshals Service today, December 16, 2015, and is to voluntarily surrender no later than 3:30 PM on Wednesday, December 30, 2015, to the Probation Office on the 9th Floor of the Richard B. Russell Federal Building

located at 75 Ted Turner Dr. SW, Atlanta, GA 30303. During this two week period of release, Defendant St. Vil shall comply with the following conditions:

- Rony St. Vil and Dwayne Taylor shall be responsible for transporting Defendant St. Vil from Atlanta, GA to Orlando, FL;

- Defendant St. Vil shall report to the Pretrial Services office in Orlando, FL by close of business on Friday, December 18, 2015;

- Defendant St. Vil shall be subject to location monitoring by the Atlanta, GA Probation Office using the electronic monitoring/GPS location monitoring system via ankle bracelet;

- Defendant St. Vil shall be subject to monitoring by the Pretrial Services office in Orlando, FL;

- During this two week period, Defendant St. Vil shall be restricted to the residence of her father Rony St. Vil and the residence of her cousins Jean Ebbert and Yanick Joseph _except_ for reasons of visiting her mother in the hospital or any other facility to which her mother may be moved in Orlando, FL during the course of her illness and treatment, or _except_ for reasons of her own medical treatment if that should prove necessary;

- Defendant St. Vil shall abide by the following curfew as imposed: she may leave her father's residence no earlier than 7:00 AM in the morning and she must return to her father's residence by 11:00 PM every night;

- Rony St. Vil and Dwayne Taylor shall be responsible for transporting Defendant St. Vil to and from her father's residence and the house of her cousins Jean Ebbert and Yanick Joseph in Orlando, FL and to the hospital where her mother is hospitalized or to any other facility to which her mother may be moved in Orlando, FL during the course of her illness and treatment. No persons other than Rony St. Vil and Dwayne Taylor shall transport Defendant St. Vil;

- Defendant St. Vil shall not drive or operate any motor vehicle during this two week period;

- Rony St. Vil shall pick up his daughter's medication as prescribed by no later than 10:00 AM on Thursday, December 17, 2015;

- Defendant St. Vil is responsible for monitoring her own mental health conditions and advising Rony St. Vil and Dwayne Taylor if she needs medical or psychiatric treatment, and for reaching out to the doctors as noted during the hearing on December 10, 2015, for which her counsel has provided her the contact information;

- Rony St. Vil and Dwayne Taylor shall be responsible for transporting Defendant St. Vil for purposes of any medical or psychiatric treatment in the event that Defendant St. Vil requires such;

- Defendant St. Vil is responsible for reaching out to her defense counsel, W. Matthew Dodge of the Federal Defender Program in Atlanta, GA if she finds that she is experiencing any difficulties (legal, physical, or mental) during this two week period;

- Defendant St. Vil shall not apply for a passport;

- Defendant St. Vil shall comply with prohibitions against traveling inside or outside of the district without permission;

- Defendant St. Vil shall comply with prohibitions as directed by this Court during the December 16, 2015, hearing on contacting any victim(s), witness(es), or anyone even remotely connected with the offense;

- Defendant St. Vil shall not have any visitation with minor children.

It is so **ORDERED** this 16th day of December, 2015.

_____
Amy Totenberg
United States District Judge