IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 1:14-CR-24-3-AT-JFK |
| MARIE ST. VIL | : | |

<u>DEFENDANT ST. VIL'S UNOPPOSED MOTION TO SEAL SENTENCING
MEMORANDUM AND EXHIBITS</u>

The Defendant, MARIE ST. VIL, through undersigned counsel, hereby requests that this Court issue an order directing the Clerk of Court to file the imminent *Defendant St. Vil's Sentencing Memorandum* under seal. In support of the motion, counsel offers the following:

1. This Court will conduct a sentencing hearing in this case as soon as next week, on March 16, 2016, although that hearing may soon be postponed. Defense counsel has prepared a sentencing memorandum for the Court and is prepared to file it in the near future. However, within that memorandum, counsel discusses several topics which are sensitive in nature, including personal details about Ms. St. Vil's health problems and details of the crime itself. With the memorandum, counsel intends to include a series of exhibits, including medical records. Public disclosure of the information — through a public filing of the sentencing memorandum and exhibits — may cause Ms. St. Vil unnecessary embarrassment and other harm.

2.	Undersigned counsel has conferred with the government regarding this motion and Assistant United States Attorney L. Skye Davis does <u>not</u> oppose the motion to file the sentencing memorandum under seal.

WHEREFORE, the Defendant respectfully requests that the upcoming *Defendant St. Vil's Sentencing Memorandum* be filed under seal and has attached a proposed order for the Court's review.

Respectfully submitted, this the 7th day of March, 2016.

<div style="margin-left:50%">

Respectfully submitted,

*/s/ W. Matthew Dodge*
W. Matthew Dodge
Attorney for Marie St. Vil
Georgia State Bar No. 224371

Federal Defender Program, Inc.
101 Marietta Street, N.W., Suite 1500
Atlanta, Georgia 30303
(404) 688-7530     Fax (404) 688-0768
Matthew_Dodge@FD.org

</div>

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing motion was formatted in Goudy Old Style 14 pt., in accordance with Local Rule 5.1C, and was electronically filed this day with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to L. Skye Davis, Assistant United States Attorney, 600 Richard B. Russell Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia, 30303, as well as counsel for each of the co-defendants.

Respectfully submitted, this the 7th day of March, 2016.

<u>/s/ *W. Matthew Dodge*            </u>
W. Matthew Dodge