# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:14-cr-00024-AT-JFK
## USA v. Jernigan et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 05/02/2016.

TIME COURT COMMENCED: 2:26 P.M.
TIME COURT CONCLUDED: 3:23 P.M.   COURT REPORTER: Shannon Welch
TIME IN COURT: 00:57               DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Isaiah Jernigan Present at proceedings |
| ATTORNEY(S) PRESENT: | Libby Davis representing USA<br>Steven Sadow representing Isaiah Jernigan |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing-Contested); |
| MINUTE TEXT: | The Court heard argument from the parties. Sentence was imposed and the defendant was informed of his appeal rights |